United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.V.P.C., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-09907 |
| | § | |
| ROBERT F. KENNEDY, JR., *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner's motion for leave to file under a pseudonym and to file identifying information under seal (Doc. # 2) is GRANTED. It is ORDERED that:

1. Petitioner and his Next Friend may proceed in this action under pseudonym, identified by their initials;

2. Any document revealing the true identities of Petitioner, his Next Friend, or his family members, or any information or distinguishing characteristics that could reveal their true identities, shall be filed under seal, with a redacted public version filed simultaneously or promptly thereafter. The identifying information to be filed under seal includes the names of Petitioner, his Next Friend, and his family members; and

3. Respondents may share sealed documents, or confidential information contained within sealed documents, only with counsel for Respondents or with personnel of the Department of Health and Human Services or the Department

of Homeland Security who have a direct need for access to such information for the purpose of preparing the defense of this litigation.

It is so ORDERED.

SIGNED on November 12, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge