United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.V.P.C., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-09907 |
| | § | |
| ROBERT F. KENNEDY, JR., *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER TO SHOW CAUSE AND FOR EXPEDITED RETURN**

The Petitioner's Motion for an Order to Show Cause and for Expedited Return (Doc. # 4) is GRANTED. It is therefore ORDERED:

1. Respondents shall SHOW CAUSE, in writing, why the writ of habeas corpus should not be granted, and shall make a return certifying the true cause of Petitioner's detention, on or before November 16, 2026.
2. With their return, Respondents shall produce the records reflecting the basis for Petitioner's classification as an unaccompanied alien child and his continued detention, including placement and sponsorship-suitability records.
3. Petitioner may file a reply (traverse) on or before November 19, 2026.
4. A hearing on the Petition is set for November 23, 2026, at 10:00 a.m.
5. Pending the return and further order of the Court, Respondents, and all persons acting in concert with them, shall not transfer Petitioner from the custody of the

Office of Refugee Resettlement, transfer him outside the Southern District of Texas, or remove him from the United States.

It is so ORDERED.

SIGNED on November 12, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge