United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.V.P.C., | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-09907 |
| | § | |
| ROBERT F. KENNEDY, JR., *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

Before the Court is Petitioner's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. Having considered the verified Petition, the Motion, the record, and the applicable law, the Court finds that: (1) Petitioner has shown a substantial likelihood of success on the merits of his claim that he is not an "unaccompanied alien child" within the meaning of 6 U.S.C. § 279(g); (2) because a parent is present in the United States and available to provide his care and physical custody and that the Office of Refugee Resettlement therefore lacks statutory authority to detain him; (3) Petitioner has shown a substantial threat of irreparable injury absent relief, including the ongoing deprivation of his liberty and separation from his family and the imminent transfer of Petitioner from the custody of the Office of Refugee Resettlement to U.S. Immigration and Customs Enforcement upon his eighteenth birthday on November 20, 2026, which would frustrate the Court's ability to grant effective relief on the Petition; (4) the threatened injury to

Petitioner outweighs any harm the requested relief would cause Respondents; and (5) the requested relief will not disserve the public interest. Accordingly, the Motion is GRANTED, and it is hereby ORDERED:

1. Pending further order of this Court, Respondents, and all persons acting in concert or participation with them, are ENJOINED from: a. transferring Petitioner J.V.P.C. outside the Southern District of Texas; b. transferring Petitioner from the custody of the Office of Refugee Resettlement to the custody of U.S. Immigration and Customs Enforcement or any other agency, including upon his eighteenth birthday; and c. removing Petitioner from the United States.

2. Respondents shall promptly disclose to Petitioner's counsel the exact name and location of the facility where Petitioner is held and the identity of the official with authority to effect his release.

3. Respondents are DIRECTED to RELEASE Petitioner to the care and custody of his parents no later than 5:00 PM Central Time on November 13, 2026, and to notify Petitioner's counsel of the exact date, time, and place of release not less than 12 hours in advance.

4. The Court sets the following expedited schedule on the request for a preliminary injunction and on the Petition: Respondents shall file any response on or before November 16, 2026; Petitioner may file any reply on or before November 19, 2026; and a hearing is set for November 23, 2026, at 10:00 a.m.

5. Security under Federal Rule of Civil Procedure 65(c) is waived, the Court finding that no security is proper under the circumstances.

6. This Order is entered at 4:05 p.m. on November 12, 2026. If issued without notice, this temporary restraining order shall expire 14 days from the date and time of entry unless, before that time and for good cause shown, it is extended by the Court or Respondents consent to a longer extension.

It is so ORDERED.

SIGNED on November 12, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge